UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MARVIN FRANK, Individually and On Behalf    07 Civ. 11419 (JSR)
of a Class

                        Plaintiff,

                                                      **STIPULATION EXTENDING**
      -against-.                          **TIME TO ANSWER**

BENJAMIN STEAKHOUSE

                        Defendant.

----------------------------------x

       It is hereby stipulated and agreed that the Defendant's time to answer or otherwise move with respect to the complaint is extended to March 3, 2008.

Dated: February 7, 2008

DONALD R. LOMAX, P.C.                      BENJAMIN STEAKHOUSE

By:_____                     BY:_____
Donald R. Lomax, Attorney for Plaintiff

SO ORDERED

_____
USDJ
2-7-08

2-8-08