Form 27 - GENERAL PURPOSE
      **DONALD R. LOMAX P.C.**
      **ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
-------------------------------------------------------

| | |
|---|---|
| MARVIN FRANK INDIVIDUALLY AND ON BEHALF OF A CLASS   plaintiff | Index No. **07 CV 11419** |
| - against - | Date Filed ............ |
| BENJAMIN STEAKHOUSE   defendant | Office No. |
| | Court Date: / / |

-------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **22nd day of January, 2008**  at  **03:20 PM.**,  at
    **52 EAST 41ST ST**
    **NEW YORK, NY 10017**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **BENJAMIN STEAKHOUSE**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ALVIN PRELVUKAJ, MANAGER AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **43**    APP. HT: **5:7**    APP. WT: **165**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
24th day of January, 2008k


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT 1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DRL107391