AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 Civ 11419 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Benjamin Steakhouse

I certify that I am admitted to practice in this court.

| 2/25/2008 | _(signature)_ |
|---|---|
| Date | Signature |
| | Jack T. Spinella, Esq.        2808418 |
| | Print Name        Bar Number |
| | Nicoll Davis & Spinella LLP, 250 Park Avenue, Suite 1500 |
| | Address |
| | New York        NY        10177 |
| | City        State        Zip Code |
| | (212) 972-0786        (212) 953-7201 |
| | Phone Number        Fax Number |