NICOLL DAVIS & SPINELLA, LLP
250 Park Avenue, Suite 1500
New York, New York 10177
(212) 972-0786

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN FRANK, Individually and On Behalf of a Class <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN STEAKHOUSE, <br><br> Defendants | CIVIL ACTION NO. 07-CV-11419 (JSR) <br><br> HONORABLE JED S. RAKOFF <br><br> **DEFENDANT BENJAMIN STEAKHOUSE CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned counsel for Defendant, A & B RESTAURANT GROUP, LLC, improperly plead as BENJAMIN STEAKHOUSE, (the "Defendant") states that the Defendant has no parent corporation and that no publicly owned corporation owns 10% or more of the Defendant's stock.

NICOLL DAVIS & SPINELLA LLP
Attorneys for Defendant, Benjamin Steakhouse

BY: /s/ *Jack T. Spinella*
      JACK T. SPINELLA

Dated:  March 3, 2008

**CERTIFICATION OF SERVICE**

I, Jack T. Spinella, do hereby certify that I am over the age of 18 and not a party to this

action and that on the 3rd day of March, 2008, I did cause to be served a true and correct copy of

Defendant's Corporate Disclosure Statement via electronic filing on:

Donald R. Lomax, Esq.                          Anthony G. Barone, Esq.
Donald R. Lomax, P.C                           Barone & Jenkins, P.C.
386 Park Avenue South, Suite 901               635 Butterfield Road
New York, NY 10016                             Suite 145
(212)-682-7704                                 Oakbrook Terrace, IL 60181
                                               (630) 472-0037

David Jenkins, Esq.
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181
(630) 472-0037

I declare under penalty of perjury that the foregoing is true and correct.  Executed at New

York, New York, this 3rd day of March, 2008.


                                               /s/ *Jack T. Spinella*