| | |
|---|---|
| AO 440 (Rev 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | THIRD PARTY SUMMONS IN A CIVIL ACTION, THIRD PARTY COMPLAINT, AMENDED COMPLAINT |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER   DATE: 05/21/2008 12:06PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RETAIL AUTOMATION PRODUCTS, INC., C/O MARK ZIPPO, AGENT

Place where served:

57A WEST 38TH ST.  NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CRISTAL CARRANZA

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/21/2008

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

LINDA GRUMBLE 5/21/2008
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY:  STEVEN C. DEPALMA, ESQ
PLAINTIFF:  MARVIN FRANK
DEFENDANT: A&B RESTAURANT GROUP, LLC
VENUE:     DISTRICT OF NY
DOCKET:    07 CV 11419 (JSR)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.