AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

MARVIN FRANK, individually and on behalf of a Class,
Plaintiff,

v.

A & B Restaurant Group, LLC,
Defendant & Third-Party Plaintiff,

v.

RETAIL AUTOMATION PRODUCTS, INC.,
Third-Party Defendant

**APPEARANCE**

Case Number: 07 CIV 11419 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third-Party Defendant Retail Automation Products, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/2/2008 | _[signature]_ |
| Date | Signature |
| | Andrew J. Multer — AM-2116 |
| | Print Name — Bar Number |
| | Bahn, Herzfeld & Multer, LLP  555 Fifth Avenue, 14th Floor |
| | Address |
| | New York,  NY  10017 |
| | City  State  Zip Code |
| | (212) 818-9019   (212) 986-5316 |
| | Phone Number   Fax Number |