UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARVIN FRANK, individually and on : 
behalf of a Class,                             Dkt. No. 07 Civ. 11419 (JSR)

        Plaintiff,

        - against -

A&B RESTAURANT GROUP LLC,                **RULE 7.1 STATEMENT**

        Defendant and Third-Party Plaintiff,

        - against -

RETAIL AUTOMATION PRODUCTS, INC.,

        Third-Party Defendant.

---------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluation possible disqualification or recusal, the undersigned counsel for Third-Party Defendant RETAIL AUTOMATION PRODUCTS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE.**

DATED:    New York, New York
               June 2, 2008

By:    Andrew J. Multer, Esq. (AM-2116)
      BAHN, HERZFELD & MULTER, LLP
      555 Fifth Avenue, 14th Floor
      New York, NY 10017
      Phone: (212) 818-9019
      Fax: (212) 986-5316